# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $25,522.33 IN U.S. CURRENCY SEIZED FROM DESERT VALLEYS FCU ACCOUNT NUMBER 26596, HELD IN THE NAME OF B&C NATURAL THINGS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:10cv1368 OWW DLB

ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE

**Old Case Number:  1:10cv1368 OWW DLB**

**New Case Number: 1:10cv1368 OWW GSA**

        Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:10cv1368 OWW GSA**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

        IT IS SO ORDERED.

        Dated:   __August 2, 2010__                  _____/s/ **Dennis L. Beck**_____
                                                                                         UNITED STATES MAGISTRATE JUDGE

1