1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  1:10-cv-01368 OWW GSA
                                     )
12          Plaintiff,                )  **APPLICATION AND ORDER FOR**
                                     )  **PUBLICATION**
13      v.                           )
                                     )
14  APPROXIMATELY $25,522.33 IN U.S. )
    CURRENCY SEIZED FROM DESERT      )
15  VALLEYS FCU ACCOUNT NUMBER       )
    26596, HELD IN THE NAME OF B&C   )
16  NATURAL THINGS,                  )
                                     )
17          Defendant.                )
                                     )

18

19       The United States of America, Plaintiff herein, applies for an order of publication as follows:

20       1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

21  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

22  notice of the action to be given in a newspaper of general circulation or on the official internet

23  government forfeiture site;

24       2.   Local Rule 171, Eastern District of California, provides that the Court shall designate

25  by order the appropriate newspaper or other vehicle for publication;

26       3.   The defendant approximately $25,522.33 in U.S. Currency seized from Desert

27  Valleys FCU account number 26596, held in the name of B&C Natural Things (hereafter "defendant

28  funds") was seized in the city of Ridgecrest, Kern County, California.

APPLICATION AND ORDER FOR PUBLICATION        1

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: July 30, 2010                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                          /s/ Deanna L. Martinez
                                          DEANNA L. MARTINEZ
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: August 5, 2010**                /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE