BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-01368-OWW-GSA |
| Plaintiff, | *AMENDED* STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON |
| v. | |
| APPROXIMATELY $25,522.33 IN U.S. CURRENCY SEIZED FROM DESERT VALLEYS FCU ACCOUNT NUMBER 26596, HELD IN THE NAME OF B&C NATURAL THINGS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Donna E. Dodson and Robert D. Dodson as follows:

1. Claimant Robert D. Dodson is presently facing federal criminal charges in the Eastern District of California, *United States v. Erik Christopher Stacy, et al.*, 1:10-CR-00176-OWW, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Claimant Robert D. Dodson's right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action has been completed and to date only Donna E. Dodson and Robert D. Dodson have filed a claim and answer, or otherwise appeared in this

1  action.

2  THEREFORE, the parties to this action stipulate and request as follows:

3  1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Robert D. Dodson in the Eastern District of California; and,

6  2. The Scheduling Conference in the civil case scheduled for December 2, 2010 at 8:15 a.m. in Courtroom 3 before District Court Judge Oliver W. Wanger be vacated.

8  3. The parties are to promptly notify the Court when the criminal case resolves.

9  IT IS SO STIPULATED.

10 Dated: November 22, 2010                    BENJAMIN B. WAGNER
                                               United States Attorney

                                                /s/ Kelli L. Taylor
13                                             KELLI L. TAYLOR
                                               Assistant United States Attorney

15 Dated: November 19, 2010                     /s/ James R. Homola
                                               JAMES R. HOMOLA
16                                             Attorney for Claimants Donna E. Dodson
                                               And Robert E. Dodson
17                                             (Original signature retained by attorney)

18 IT IS SO ORDERED.

19 **Dated:   November 23, 2010**                    **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE