# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cv-1368 — GSA |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| APPROXIMATELY $25,522.33 in U.S. CURRENCY SEIZED FROM DESERT VALLEYS FCU ACCOUNT NUMBER 2659, held in the name of B & C NATURAL THINGS | |
| Defendants. | |

On September 14, 2011, this Court issued an Order of Reassignment due to the retirement of Senior United States District Court Judge Oliver W. Wanger. The Order withdrew Judge Wanger's assignment to the action and ordered the parties to affirmatively indicate whether they would consent or decline to the jurisdiction of the assigned United States Magistrate Judge. The parties were ordered to complete and file a Consent/Decline form within thirty (30) days. Over thirty (30) days have passed and all parties have not filed the required form.

Accordingly, Robert Dodson Jr., and Donna Dodson are ORDERED TO SHOW CAUSE, if any they have, why sanctions should not be imposed for failing to comply with the Court's September 14, 2011, Order. These parties SHALL file a written response to this Order to Show Cause within ten (10) days of the date of service of this Order. Alternatively, the parties may

1 | comply with this Order to Show Cause by filing the required Consent/Decline form within ten
2 | (10) days of the date of service of this Order.
3 |     IT IS SO ORDERED.
4 | **Dated:**   **October 25, 2011**                    **/s/ Gary S. Austin**
5 |                                                                               UNITED STATES MAGISTRATE JUDGE