BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-01368-GSA |
| Plaintiff, | **NOTICE OF SETTLEMENT AND ORDER VACATING SCHEDULING CONFERENCE** |
| v. | |
| APPROXIMATELY $25,522.33 IN U.S. CURRENCY SEIZED FROM DESERT VALLEYS FCU ACCOUNT NUMBER 26596, HELD IN THE NAME OF B&C NATURAL THINGS, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture action. The parties shall file the final dispositional documents pursuant to Local Rule 160. The July 30, 2012 Scheduling Conference should be vacated as moot.

Respectfully submitted,

DATED: July 20, 2012         BENJAMIN B. WAGNER
                             United States Attorney


                             /s/ Heather Mardel Jones
                             HEATHER MARDEL JONES
                             Assistant United States Attorney

DATED: July 20, 2012         /s/ James R. Homola
                             JAMES R. HOMOLA
                             Attorney for Claimants Donna Dodson
                             and Robert D. Dodson, Jr.
                             (Original signature retained by attorney)

1   Notice of Settlement and Order Vacating Scheduling Conference

**ORDER**

Based on the Notice of Settlement, this Court hereby vacates the July 30, 2012 Scheduling Conference. Further, it is hereby ordered that the final dispositional documents be timely filed pursuant to Local Rule 160. Finally, the Government shall file any motion for default judgment as to those persons or entities against whom the Clerk has entered default no later than August 20, 2012.

IT IS SO ORDERED.

Dated:   **July 23, 2012**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE