BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CV-01368-GSA |
|---|---|
| Plaintiff, | ) **FINAL JUDGMENT OF FORFEITURE** |
| v. | ) |
| APPROXIMATELY $25,522.33 IN U.S. CURRENCY SEIZED FROM DESERT VALLEYS FCU ACCOUNT NUMBER 26596, HELD IN THE NAME OF B&C NATURAL THINGS, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $25,522.33 in U.S. Currency seized from Desert Valleys FCU Account Number 26596, held in the name of B&C Natural Things (hereafter "defendant funds") seized on or about June 2, 2010.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 30, 2010, alleging that said defendant funds are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On August 5, 2010, the Clerk issued a Warrant for Arrest for the defendant funds.  The warrant for the defendant funds was duly executed on September 30, 2010.

4. Beginning on August 31, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site

www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Robert D. Dodson

    b. Erik Christopher Stacy

    c. Charles Lee Kisor

    d. B&C Natural Things, c/o Erik Christopher Stacy, President

6. On November 1, 2010, Robert Davis Dodson, Jr. and Donna E. Dodson each filed a Claim alleging an ownership in the defendant funds.

7. Due to the ongoing criminal prosecution of Robert Davis Dodson, Jr. and his co-conspirators, in United States v. Erik Christopher Stacy, et al., Case No. 1:10-CR-00176-AWI, a stipulation was entered on November 23, 2010, staying this case "pending the conclusion of the federal criminal action presently pending against Robert D. Dodson in the Eastern District of California." The criminal action concluded on February 17, 2012, when the court entered judgments of conviction and sentence against Robert Davis Dodson, Jr., and his two co-defendants Erik Christopher Stacy and Charles Lee Kisor.

8. Pursuant to each defendant's plea agreement, Robert Davis Dodson, Jr., Erik Christopher Stacy and Charles Lee Kisor, each defendant consented to the forfeiture of the instant defendant funds, and waived any and all interest in the defendant funds (See Docs #70, 71, 72). As such, on March 19, 2012, a Final Order of Forfeiture was entered against Erik Christopher Stacy, Robert Davis Dodson, Jr., and Charles Lee Kisor, forfeiting to the United States all right, title, and interest in the defendant funds (Doc. #114).

9. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Erik Christopher Stacy, Charles Lee Kisor, and B&C Natural Things on June 6, 2012. Pursuant to Local Rule 540, the United States and Claimants Robert Davis Dodson, Jr. and Donna E. Dodson thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interests, if any, of Erik

Christopher Stacy, Charles Lee Kisor, and B&C Natural Things.

10. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimants Robert Davis Dodson, Jr., Donna E. Dodson, and Potential Claimants Erik Christopher Stacy and Charles Lee Kisor, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture herein, the defendant approximately $25,522.33 in U.S. Currency Seized From Desert Valleys FCU Account 26596, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

5. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on July 30, 2010, the Court finds that there was probable cause for arrest and seizure of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

6. All parties are to bear their own costs and attorney's fees.

7. The U.S. District Court for the Eastern District of California, Hon. Gary S.

Austin, District Court Magistrate Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 23rd day of August, 2012.

/s/ Gary S, Austin
GARY S. AUSTIN
United States Magistrate Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed July 30, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

Dated: _August 23, 2012_   /s/ Gary S. Austin
GARY S. AUSTIN
United States Magistrate Judge